Jeremy D. Scherwin SBN 274632
jscherwin@scherwinlaw.com
SCHERWIN LAW FIRM
1055 W. 7th Street, Ph 33
Los Angeles, CA 90017
Tel: (213) 297-8777
Fax: (213) 318-0512

Attorney for Plaintiff Arash Pashaei
and the Putative Class

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARASH PASHAEI, et al.<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., et al,<br><br>Defendants. | CASE NO.:<br>2:20−CV−10955−DMG−SK<br><br>**NOTICE OF DISMISSAL**<br><br>Judge: Hon. Dolly M. Gee |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Arash Pashaei hereby dismisses this action with prejudice, with each party bearing that party's own attorney's fees and costs. The dismissal of this action does not resolve any claim of any person other than Plaintiff Arash Pashaei.

Dated: December 28, 2020      SCHERWIN LAW FIRM

By: Jeremy D. Scherwin
Attorney for Plaintiff Arash Pashaei

- 1 -

**NOTICE OF DISMISSAL**